UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

- v. -

ANGEL MORALES,
    a/k/a "Jose Rodriguez,"
    a/k/a "Tarenga,"
ALEJANDRO SALVADOR OROZCO,
ALVARO SALAZAR VELO, and
MARIO SOSA-GINESTI,

                    Defendants.

------------------------------------

**INDICTMENT**

07 Cr. _____

07 CRIM.    897

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED SEP 2 4 2007

**COUNT ONE**

    The Grand Jury charges:

    1.    In or about August 2007, in the Southern District

of New York and elsewhere, ANGEL MORALES, a/k/a "Jose Rodriguez,"

a/k/a "Tarenga," ALEJANDRO SALVADOR OROZCO, ALVARO SALAZAR VELO,

and MARIO SOSA-GINESTI, the defendants, and others known and

unknown, unlawfully, intentionally, and knowingly did combine,

conspire, confederate and agree together and with each other to

violate the narcotics laws of the United States.

    2.    It was a part and object of the conspiracy that

ANGEL MORALES, a/k/a "Jose Rodriguez," a/k/a "Tarenga," ALEJANDRO

SALVADOR OROZCO, ALVARO SALAZAR VELO, and MARIO SOSA-GINESTI, the

defendants, and others known and unknown, would and did

distribute and possess with intent to distribute a controlled

substance, to wit, 5 kilograms and more of mixtures and

substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about August 9, 2007, ANGEL MORALES, a/k/a "Jose Rodriguez," a/k/a "Tarenga," possessed narcotics proceeds in New York, New York.

b.    On or about August 29, 2007, ANGEL MORALES, a/k/a "Jose Rodriguez," a/k/a "Tarenga," ALEJANDRO SALVADOR OROZCO, ALVARO SALAZAR VELO, and MARIO SOSA-GINESTI, the defendants, possessed approximately 207 kilograms of cocaine in Secaucus, New Jersey.

c.    On or about August 29, 2007, ANGEL MORALES, a/k/a "Jose Rodriguez," a/k/a "Tarenga," possessed approximately 60 kilograms of cocaine in the Bronx, New York.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, ANGEL MORALES, a/k/a "Jose Rodriguez," a/k/a "Tarenga," ALEJANDRO SALVADOR

2

OROZCO, ALVARO SALAZAR VELO, and MARIO SOSA-GINESTI, the
defendants, shall forfeit to the United States pursuant to 21
U.S.C. § 853, any and all property constituting or derived from
any proceeds the said defendant obtained directly or indirectly
as a result of the said violation and any and all property used
or intended to be used in any manner or part to commit and to
facilitate the commission of the violation alleged in Count One
of this Indictment, including but not limited to a sum of money
equal to approximately $5 million in United States Currency,
representing the amount of proceeds obtained as a result of the
controlled substance offense for which the defendants are liable.

     5.   If any of the above-described forfeitable
property, as a result of any act or omission of the defendant:

     a.   cannot be located upon the exercise of due
diligence;

     b.   has been transferred or sold to, or deposited
with, a third person;

     c.   has been placed beyond the jurisdiction of
the Court;

     d.   has been substantially diminished in value;
or

     e.   has been commingled with other property which
cannot be subdivided without difficulty;

3

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**- v. -**

**ANGEL MORALES,**
**a/k/a "Jose Rodriguez,"**
**a/k/a "Tarenga,"**
**ALEJANDRO SALVADOR OROZCO,**
**ALVARO SALAZAR VELO, and**
**MARIO SOSA-GINESTI,**

**Defendants.**

## INDICTMENT

07 Cr. _____

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

9/24/07

Filed Indictment. Case assigned to
Judge Hellerstein.
sl Mag Judge Cott