

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/29/08 |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2008

So Ordered. 1/29/08
Signed /s/ AKH

<u>Via Facsimile</u>
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street Room 1050
New York, NY 10007

United States v. Angel Morales, et al.,
07 Cr. 897 (AKH)

Dear Judge Hellerstein:

    The Government writes, with the consent of the defendants, to extend the Government's time to respond to motions recently filed by the defendants, for an additional two weeks, to Friday, February 1.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: _____
    Jeffrey A. Brown
    Assistant United States Attorney
    (212) 637-1110

cc by fax:    Richard Jasper, Esq.
               David Goldstein, Esq.
               Ronald Garnett, Esq.
               Kelley Sharkey, Esq.