

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2008

**Via Facsimile**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street Room 1050
New York, NY 10007

*The conf is adjourned, and time is excluded, to June 19, 2008 at 9:30am. If defendant enters a plea before then, a reference to a 105 H J before then, a reference to Deputy clerk B. Can be arranged by Deputy Jones.*  5/9/08

<u>United States v. Angel Morales, et al.</u>,
07 Cr. 897 (AKH)

*[signature]*

Dear Judge Hellerstein:

The next pretrial conference in this case is scheduled for Monday, May 12, 2008, at 10:00 a.m. The Government has been in extensive discussions with the defendants about potential dispositions. The parties, however, have not completed their discussions. Therefore, the parties jointly request that the conference scheduled for this May 12, 2008, be adjourned for approximately three weeks, to allow the parties to finalize potential dispositions. If by the time of the next conference the Government has not reached a disposition with all of the parties, then the parties will ask that a trial date be set.

If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from May 12, 2008, until the date of the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendants and the

# MEMO ENDORSED

Hon. Alvin K. Hellerstein
May 9, 2008
Page 2

Government time to continue discussions about a possible pre-trial resolution to this case.  All defense counsel consent to this request for an adjournment.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Todd Blanche
Assistant U.S. Attorney
(212) 637-2494
(212) 637-2390 (facsimile)

cc by fax:     Richard Jasper, Esq.
               Barry Weinstein, Esq.
               Ronald Garnett, Esq.
               Kelley Sharkey, Esq.